## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

JOHN B. THOMPSON,

    Plaintiff,

vs.                          CASE NO. 4:09CV317-RH/AK

FLORIDA SUPREME COURT,

    Defendant.

                                 /

## ORDER OF DISMISSAL WITHOUT PREJUDICE

This matter has been reassigned to the undersigned magistrate judge after an Order of Recusal was entered by Chief Magistrate Judge William C. Sherrill. (See Doc. 20). Plaintiff has filed a motion to amend his complaint on the same date as a Notice of Voluntary Dismissal. (Docs. 17 and 18). The motion to amend is unaccompanied by a proposed amended pleading, as required by Local Rule 15.1, and is therefore **DENIED**.

The Notice of Dismissal without prejudice will be **GRANTED**, and this cause **DISMISSED WITHOUT PREJUDICE**.

**DONE AND ORDERED** this 28th day of December, 2009.

                                                   s/ A Kornblum
                                                   **ALLAN KORNBLUM**
                                                   **UNITED STATES MAGISTRATE JUDGE**